WILLIAM M. JENKINS *v.* ROBERT BATES, ET AL.

Pleading—Petition for Tort—Necessary Allegations—Demurrer.
    A petition for aiding and abetting in tortiously taking property, without a description of the property taken, is demurrable.

Same—Answer Filed, and Depositions Taken.
    After an answer has been filed and depositions taken, it is error to permit a withdrawal of the answer and a demurrer filed.

APPEAL FROM LETCHER CIRCUIT COURT.

September 27, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The defect in the original petition was in charging the appellees, as *aiders* and *abettors* of a confederate officer in tortiously taking his property, without any description of the property which might so far identify it as to bar another action for the same trespass. On that technical ground a demurrer to the petition, in the first instance, might have been sustained. But instead of demurring the appellees filed an answer waiving that objection and traversing all the material allegations. On the issue thus joined the appellant took depositions as required,

proving that the appellees themselves took his property, and identifying it by a general and sufficient description. After all this the circuit court erred in permitting the appellees to withdraw their answer and file a demurrer to the petition, and also in thereupon sustaining the demurrer. And, after the appellant had amended the petition by charging the appellees with being the principal trespassers and *converting* the property to their own use, the circuit court ought not to have rejected it and dismissed the petition.

Wherefore the judgment is reversed and the cause remanded for amended pleadings and further proceedings.

*Lilly,* for appellant.

*Rodman,* for appellees.